UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| YVONNE E. ALSTON | : | |
| Plaintiff, | : | |
| | : | Case No. _____ |
| v. | : | |
| | : | |
| CENTRAL CREDIT SERVICES, INC. | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF REMOVAL

Defendant Central Credit Services, Inc. ("CCS"), by and through its undersigned counsel, submits the following Notice of Removal pursuant to 28 U.S.C. § 1331, 1441(a) and 1446. As grounds for this Removal:

1. On July 10, 2012, Plaintiff Yvonne Alston ("Plaintiff") filed this action in the District Court of Maryland for Prince George's County, entitled *Yvonne Alston v. Central Credit Services, Inc.* and assigned Case No.: 050200202232012. A copy of the Writ of Summons and Complaint is attached and marked as Exhibit "A."

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court pursuant to 28 U.S.C. §1441 in that it presents a federal question, in that Plaintiff alleges violation of 15 U.S.C. §1692 *et seq.*, the Fair Debt Collection Practices Act, 15 U.S.C. §1692 and 15 U.S.C. §1681 *et seq.*, the Fair Credit Reporting Act.

3. Plaintiff served CCS via certified mail to CCS' registered agent on August 14,

2012. This removal is timely pursuant to 28 U.S.C. §1446(b).

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

5. Removal to this district court is proper because this is the district which embraces the court in which Plaintiff filed the Maryland Action, within the meaning of 28 U.S.C. § 1441(a).

6. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

7. As required by 28 U.S.C. §1446(d), CCS will give notice of the filing of this notice to the Plaintiff and to the Clerk of the District Court of Maryland for Prince George's County, where the action is currently pending.

8. Pursuant to Local Rule 103(5)(a), other "process, pleadings and orders," or other state court filings that are not already marked as exhibits are attached hereto as Exhibit B.

WHEREFORE, CCS a respectfully request that the above captioned matter currently pending in the District Court of Maryland for Prince George's County, be removed to this Honorable Court.

DATED this 10th day of September, 2012.

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC

By:    /s/ Birgit Dachtera Stuart
        Birgit Dachtera Stuart, Esquire
        Bar No. 17420
        200 A Monroe Street, Suite 104
        Rockville, Maryland 0850
        Telephone: (301) 424-7490
        Facsimile: (301) 424-7470
        E-Mail: bstuart@roncanterllc.com
        *Attorney for Defendant Central Credit Services, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document and any related exhibits was served this **10th day of September, 2012**, by regular first-class mail on the following:

        Yvonne E. Alston
        10012 Cedarhollow Lane
        Largo, Maryland 20774
        *Pro Se Plaintiff*

        /s/ Birgit Dachtera Stuart
        Birgit Dachtera Stuart, Esquire
        *Attorney for Defendant Central Credit Services, Inc.*