IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YVONNE R. ALSTON              :

                              :

   v.                        :  Civil Action No. DKC 12-2711

                              :

CENTRAL CREDIT SERVICES, INC.
                              :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 26th day of August, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Defendant Central Credit Services, Inc. (ECF No. 13) BE, and the same hereby IS, GRANTED;

2. The motion to strike filed by Plaintiff Yvonne Alston (ECF. No. 17) BE, and the same hereby IS, DENIED;

3. Judgment BE, and the same hereby IS, ENTERED against Plaintiff Yvonne Alston and in favor of Defendant Central Credit Services, Inc.; and

4. The clerk will transmit copies of the Memorandum Opinion and this Order to *pro se* Plaintiff Yvonne Alston and counsel for Defendant Central Credit Services, Inc. and CLOSE this case.

>                    /s/
> DEBORAH K. CHASANOW
> United States District Judge